# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | 8:03CR179 |
| vs. ) | |
| ) | ORDER |
| NICHOLAS L. RUDD, ) | |
| Defendant. ) | |

Defendant Nicholas L. Rudd (Rudd) appeared before the court on August 13, 2012, on the Petition for Warrant or Summons for Offender Under Supervision (Petition) (Filing No. 78). Rudd was represented by Assistant Federal Public Defender Jeffrey L. Thomas and the United States was represented by Assistant U.S. Attorney Frederick D. Franklin. Through his counsel, Rudd waived his right to a probable cause hearing on the Petition pursuant to Fed. R. Crim. P. 32.1(a)(1). I find that the Petition alleges probable cause and that Rudd should be held to answer for a final dispositional hearing before Judge Joseph F. Bataillon.

The government moved for detention. Through counsel, Rudd declined to request a hearing or present any evidence on the issue of detention. Since it is Rudd's burden under 18 U.S.C. § 3143 to establish by clear and convincing evidence that he is neither a flight risk nor a danger to the community, the court finds Rudd has failed to carry his burden and Rudd should be detained pending a dispositional hearing before Judge Bataillon.

**IT IS ORDERED**:

1. A final dispositional hearing will be held before Judge Joseph F. Bataillon in Courtroom No. 3, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, **at 2:30 p.m. on August 30, 2012**. Defendant must be present in person.

2. Defendant Nicholas L. Rudd is committed to the custody of the Attorney General or his designated representative for confinement in a correctional facility;

3. Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel; and

4. Upon order of a United States court or upon request of an attorney for the government, the person in charge of the corrections facility shall deliver defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

DATED this 13th day of August, 2012.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge