IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA | |
|---|---|
| Plaintiff, | 8:03CR179 |
| vs. | |
| NICHOLAS L. RUDD, | **ORDER** |
| Defendant. | |

This matter came on for hearing on October 10, 2012, on Defendant's request for release to inpatient treatment at Siena/Francis House, Omaha, Nebraska.

IT IS ORDERED as follows:

The Defendant shall be released from custody on October 10, 2012, so that he can be admitted that same day to Siena/Francis House, 1111 North 17th Street, Omaha, Nebraska.

The Defendant shall be released from custody on the condition that he immediately enter such program and remain in and follow all of the requirements of such program.

The Defendant shall execute all necessary release forms to allow his Probation Officer to communicate with the Defendant's counselors and mental health therapists affiliated with Siena/Francis House.

The Defendant shall comply with all subsequent recommendations for any aftercare or halfway house placements following completion of inpatient treatment.

The Defendant shall comply with all previously ordered conditions of supervised release.

Should the Defendant be discharged from the program for any reason, or otherwise violate any condition or this order, or the previously set conditions of supervised release, then a warrant shall issue for his arrest.

IT IS TO ORDERED.

Dated this 10th day of October, 2012.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge